# United States Bankruptcy Court
## District of Kansas

In re: **Scott Michael Vogel**
Debtor(s)

Case No. 16-10069
Chapter 7

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Scott Michael Vogel**, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on 1-9-16 (date) by /s/ Scott Michael Vogel
Scott Michael Vogel (debtor)

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy